JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON MCFARLANE,<br><br>    Plaintiff,<br><br>v.<br><br>ROLLS-ROYCE MOTOR CARS NA, LLC, a Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:20-CV-09275-AB (JPRx)<br><br>ORDER DISMISSING CIVIL ACTION |

  THE COURT having been advised by counsel that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 24, 2021

            _____
            ANDRÉ BIROTTE JR.
            UNITED STATES DISTRICT JUDGE

1.